UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00456-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DENNIS ENRIQUEZ LOPEZ-AVILA,

    Defendant.

## ORDER

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, November 30, 2009,** and responses to these motions shall be filed by **Monday, December, 7, 2009.** No motions hearing or final trial preparation conference will be set at this time.  It is

    FURTHER ORDERED that a 2-day jury trial is set for **Monday, December 14, 2009, at 9:00 a.m. in courtroom A-1002.**

    Dated:  October 28, 2009

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Chief United States District Judge