UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00456-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  DENNIS ENRIQUEZ LOPEZ-AVILA,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A Notice of Disposition was filed in the above matter on **November 12, 2009 [#12]**.  A Change of Plea hearing is set for **Wednesday, December 16, 2009 at 3:00 p.m.**  The 2-day Jury Trial set to commence Monday, December 14, 2009 is **VACATED**.

     **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

     November 12, 2009