UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00456-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  DENNIS ENRIQUEZ LOPEZ-AVILA,

     Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A Sentencing Hearing is set for **Tuesday, April 20, 2010, at 2:30 p.m.**

     March 31, 2010.