UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00456-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DENNIS ENRIQUEZ LOPEZ-AVILA,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Sentencing Hearing set for **Tuesday, April 20, 2010, at 2:30 p.m.** is **VACATED** and **RESET** for **Friday, April 16, 2010, at 3:00 p.m.**

    April 13, 2010